**FILED**

SEP 1 1 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Gary Christian
400 Walnut Grove
Washington, WV  26181
Phone: 304-863-8333

Case: 1:07-cv-01607
Assigned To : Urbina, Ricardo M.
Assign. Date : 9/11/2007
Description: Employ. Discrim.

vs.

Philip Mangano, Executive Director
United States Interagency Council on Homelessness
Federal Center SW
409 Third Street, SW
Suite 310
Washington, DC  20024


### MOTION REQUESTING THE APPOINTMENT OF AN ATTORNEY

I, Gary Christian, plaintiff in this case, request that the court appoint a lawyer to

represent me in this case as I do not have and am unable to obtain the services of a

lawyer.



Gary Christian
400 Walnut Grove
Washington, DC  26181

2