UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY CHRISTIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 07-1607 (RMU) |
| ) | ECF |
| PHILIP MANGANO, ) | |
| Executive Director, United States ) | |
| Interagency Council on Homelessness, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/
_____
BLANCHE L. BRUCE
D.C. Bar No. 960245
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-6078