UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
SEP 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gary Christian
400 Walnut Grove
Washington, WV 26181
Phone: 304-863-8333

vs.   Civil Action No.   07-1607 (RMU)

Philip Mangano, Executive Director
United States Interagency Council on Homelessness
Federal Center SW
409 Third Street, SW
Suite 310
Washington, DC 20024

## AFFIDAVIT OF SERVICE

I, Gary Christian, hereby declare that on the 12th day of September, 2007 I mailed a copy of the summons and complaint, certified mail, return receipt requested, to Philip Mangano, U. S. Interagency Council on Homelessness, 409 3rd Street, SW, Suite 310, Washington, DC 20024. Attached hereto is the certified green card acknowledging service.

[Attached USPS PS Form 3811 Domestic Return Receipt showing article addressed to Philip F. Mangano, U.S. Interagency Council on Homelessness, 409 3rd St, SW, Suite 310, Washington, DC 20024. Certified Mail, Restricted Delivery: Yes. Article Number: 7007 1490 0003 8432 8118. Signed by Mary Ellen Jomlex(?); Date of Delivery 9/14/07.]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary Christian
400 Walnut Grove
Washington, WV  26181
Phone: 304-863-8333

      vs.                    Civil Action No.   07-1607 (RMU)

Philip Mangano, Executive Director
United States Interagency Council on Homelessness
Federal Center SW
409 Third Street, SW
Suite 310
Washington, DC  20024

### AFFIDAVIT OF SERVICE

I, Gary Christian, hereby declare that on the 12th day of September, 2007 I mailed a copy of the summons and complaint, certified mail, return receipt requested, to U. S. Attorney General, D.O.J., 950 Pennsylvania Avenue, NW, Washington, DC  20530.  Attached hereto is the certified green card acknowledging service.

[Certified mail return receipt card attached, addressed to:
U.S. Attorney General
D.O.J.
950 Pennsylvania Ave, NW
Washington, DC  20530

Received SEP 17 2007
Article Number: 7007 1490 0003 8432 8125
Form 3811, February 2004, Domestic Return Receipt]