UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY CHRISTIAN, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 07-1607 (RMU) |
| | : | |
| v. | : | |
| | : | |
| PHILIP MANGANO, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

It is this 5th day of February 2008,

**ORDERED** that a status hearing in the above-captioned case shall take place on February 28, 2008 at 3:00 p.m.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge