UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY CHRISTIAN, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:    07-1607  (RMU) |
| | : | |
| v. | : | |
| | : | |
| PHILIP MANGANO, | : | |
| | : | |
| Defendant. | : | |

## CIVIL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this 28th day of February 2008,

**ORDERED** that the parties file:

| | |
|---|---|
| Motions to Amend Pleadings or Join Parties | on or before April 11, 2008; |
| Oppositions | on or before April 18, 2008; |
| Replies | on or before April 25, 2008; |
| Proponent's Rule 26(a)(2)(B) Statement | on or before April 25, 2008; |
| Opponent's Rule 26(a)(2)(B) Statement | on or before May 23, 2008; and it is |

**FURTHER ORDERED** that:

| | |
|---|---|
| All discovery be completed | on or before September 5, 2008; |
| | and it is |

---

[1] Revised January 2005.

1

**ORDERED** that this case be set for:

| | |
|---|---|
| An interim status conference | on September 15, 2008 at 11:00 a.m.; |

and it is

**FURTHER ORDERED** that the parties file:

| | |
|---|---|
| Dispositive motions | on or before November 7, 2008; |
| Oppositions | on or before December 5, 2008; |
| Replies | on or before December 19, 2008; and it is |

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED**.

                                        RICARDO M. URBINA
                                      United States District Judge