## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY CHRISTIAN, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   07-1607  (RMU) |
| | : | |
| v. | : | |
| | : | |
| PHILIP MANGANO, | : | |
| | : | |
| Defendant. | : | |

# **O R D E R**

It is this 28th day of February 2008,

**ORDERED** that a status hearing in the above-captioned case shall take place on Thursday, March 20, 2008 at 10:30 a.m.

**SO ORDERED**.

RICARDO M. URBINA<br>
United States District Judge