UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gary Christian

    Plaintiff

    v.                                   Civil Action No. 1:07-cv-01607 Rmu

Philip Mangano
Executive Director
U.S. Interagency Council on Homelessness

    Defendant

## MOTION REQUESTING CONTINUANCE

I request that a continuance be granted and that the status hearing scheduled for March 20, 2008 be rescheduled for a day at least one week from the original court date.

At the status hearing on February 28, 2008 it was my understanding that the next court date would be one month from the present date. I agreed to the March 20, 2008 date not realizing that I would receive just one paycheck on March 7, 2008 and would not have the money to travel again to Washington, DC. Due to missed work days and hours from my most recent trip to Washington, my most recent paycheck (copy attached) was for only $406.16. I will not receive another paycheck until March 21, 2008. For this reason I simply do not have the money to travel again until after March 21, 2008.

For this reason I ask that a continuance be granted.

Dated: March 10, 2008

                                                  Respectfully Submitted,

Gary Christian
400 Walnut Grove
Washington, DC  26181
Phone: 304-863-8333

Page 1 of 1

**Coldwater Creek**
dba Coldwater Creek US Inc
One Coldwater Creek Drive
Sandpoint, ID 83864

Employee Name:    Gary Christian
Employee Number:  01024943
Soc Security Nbr: 4045
Payment Date:     03/07/2008
Period Begin/End: 02/17/2008 - 03/01/2008

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|
| Reg time | 8.75 | 55.00 | 481.25 | 2,930.58 |
| OT 1.5 | | | | 249.47 |
| NtPm0.50 | 0.50 | 4.00 | 2.01 | 25.04 |
| NTOT0.75 | | | | 1.13 |

| Bef. Tax Deductions | Current | Year-to-date |
|---|---|---|

| Retro Pay | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|

| Aft. Tax Deductions | Current | Year-to-date |
|---|---|---|
| CafeCHG | 3.45 | 3.45 |

| | | Current | Year-to-Date |
|---|---|---|---|
| Total Earnings | | 483.26 | 3,206.22 |

| Total Deductions | 3.45 | 3.45 |
|---|---|---|

| Taxes | | Current | Year-to-Date |
|---|---|---|---|
| FED W/H EE | S-01 | 24.67 | 232.34 |
| FED OASDI EE | | 29.97 | 198.79 |
| FED MedcarEE | | 7.01 | 46.49 |
| WV W/H EE | S-01 | 12.00 | 93.00 |

| Net Pay | Account No. | Year-to-date |
|---|---|---|
| Check | | 406.16 |

| Time Off | Earned | Balance |
|---|---|---|

| Total Taxes | 73.65 | 570.62 |
|---|---|---|