UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY CHRISTIAN, ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
|        v. ) | Civil Action No. 07-1607 (RMU) |
| ) | |
| PHILIP MANGANO, ) | |
| Executive Director ) | |
| U.S. Interagency Council on Homelessnes ) | |
|    Defendant. ) | |
| _____ ) | |

**DEFENDANT'S UNOPPOSED MOTION TO PLAINTIFF'S
MOTION FOR CONTINUANCE**

Defendant Philip Mangano, in his official capacity as Executive Director, United States Interagency Council on Homelessness, does not oppose Plaintiff's Motion for Continuance of the status hearing. Plaintiff requested that the hearing be "rescheduled for a day at least one week from the original court date."

1. The undersigned counsel will be on leave the week of March 24, 2008. The undersigned counsel requests that the Court reschedule the hearing the week of March 31, 2008, or sometime thereafter.

2. On March 17, 2008, the undersigned counsel tried to telephonically reach Plaintiff about possible dates for the status hearing. The undersigned counsel, however, was unable to reach Plaintiff because Plaintiff was at work and would not be home until after 11:00 p.m..

Respectfully submitted,
/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion to Plaintiff's Motion for Continuance was made by first class, postage prepaid mail, this 17th day of March 2008 to:

Gary Christian
400 Walnut Grove
Washington, West Virginia 26181

/s/_____
Blanche L. Bruce
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY CHRISTIAN, )<br>)<br>   Plaintiff )<br>)<br>   v. )<br>)<br>PHILIP MANGANO, )<br>Executive Director )<br>U.S. Interagency Council on Homelessnes )<br>   Defendant. )<br>_____ ) | Civil Action No. 07-1607 (RMU) |

**ORDER**

UPON CONSIDERATION of Defendant's Unopposed Motion to Plaintiff's Motion for Continuance, is it hereby,

Ordered that the Status Hearing be scheduled the week of March 31, 2008, or sometime thereafter.

_____

United States District Judge