UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY CHRISTIAN,<br><br>                    Plaintiff<br><br>      v.<br><br>PHILIP MANGANO,<br>Executive Director,<br>U.S. Interagency on Homelessness,<br><br>                  Defendant. | Civil Action No. 1:07-cv-01607 (RMU) |

## PLAINTIFF'S MOTION TO STAY
## PROCEEDINGS PENDING MEDIATION

    Plaintiff Gary Christian respectfully requests that the Court stay the proceedings in this case pending conclusion of court-sponsored mediation.

    In accordance with Local Civil Rule 7(m), counsel for Plaintiff contacted Blanche Bruce, counsel for Defendant Philip Mangano, Executive Director of the U.S. Interagency on Homelessness (hereinafter "USICH"), on March 26, 2008 to ascertain Defendant's position on the instant motion, however the undersigned has not received a response.

For the reasons stated in the accompanying memorandum of points and authorities, Plaintiff seeks to stay these proceedings pending the conclusion of mediation.

                                            Respectfully submitted,

                                            ARENT FOX LLP

Dated: March 27, 2008                 By:    */s/ Kristine J. Dunne*
                                                       Kristine J. Dunne (#471348)
                                                       Emily Thorne (#496500)
                                                       1050 Connecticut Ave, N.W.
                                                       Washington, D.C. 20036-5339
                                                       Telephone:  (202) 857-6385
                                                       Facsimile:  (202) 857-6395
                                                       Email:  dunne.kristine@arentfox.com

                                                       *Counsel for Plaintiff in Mediation*
                                                       *Proceedings*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY CHRISTIAN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PHILIP MANGANO, )<br>Executive Director, )<br>U.S. Interagency on Homelessness, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-cv-01607 (RMU) |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF PLAINTIFF'S MOTION TO STAY
<u>PROCEEDINGS PENDING MEDIATION</u>

Plaintiff Gary Christian submits this Memorandum of Points and Authorities in support of his Motion to Stay Proceedings Pending Mediation.

Plaintiff filed this action, *pro se,* against Defendant Philip Mangano, Executive Director of the U.S. Interagency on Homelessness (hereinafter "USICH"), on September 12, 2007. In his complaint, Plaintiff asserted claims of employment discrimination based on race and religion by USICH, his former employer. On February 20, 2008, the Court granted Plaintiff's motion for leave to proceed in forma pauperis. The Court issued a scheduling order on February 28, 2008 establishing various deadlines including a pre-discovery dispositive motion filing deadline of March 13, 2008, and a deadline of April 11, 2008 for motions to amend pleadings or to join parties. The Court also has scheduled a status hearing for April 3, 2008.

The Court issued an Order on March 19, 2008, appointing counsel for the limited purpose of mediation. The undersigned counsel received a Notice of Pro Bono Appointment for the Limited Purpose of Mediation dated March 20, 2008, and entered her appearance for the limited

purpose of mediation on March 26, 2008. The Court has not appointed counsel to represent Plaintiff for the remainder of the case beyond mediation, however Plaintiff is still faced with various deadlines in the case, including responding to Defendant's motion for summary judgment by March 27, 2008 and filing a motion to amend his initial complaint by April 11, 2008.

In order to conserve scarce judicial resources and to avoid the risk of conflicting and/or duplicative remedies, Plaintiff asks that the Court stay this civil action until the mediation process has concluded. A stay also would enable the parties to avoid the time and expense of unnecessary discovery and motions practice in the event that the mediation is successful. Plaintiff believes that the parties' efforts to mediate a resolution would be facilitated best by staying the rest of the proceedings in this case until the conclusion of the court-ordered mediation with Magistrate Judge Kay.

Accordingly, Plaintiff asks that the Court grant his motion to stay the proceedings in this case pending mediation.

Respectfully submitted,

ARENT FOX LLP

Dated: March 27, 2008    By:    /s/ Kristine J. Dunne
Kristine J. Dunne (#471348)
Emily Thorne (#496500)
1050 Connecticut Ave, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6385
Facsimile: (202) 857-6395
Email: dunne.kristine@arentfox.com

*Counsel for Plaintiff in Mediation Proceedings*

2

UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GARY CHRISTIAN,** | )<br>) |
| Plaintiff | )<br>) |
| v. | ) Civil Action No. 1:07-cv-01607 (RMU)<br>) |
| **PHILIP MANGANO,**<br>Executive Director,<br>U.S. Interagency on Homelessness, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**ORDER**

Upon consideration of Plaintiff's Motion to Stay Proceedings Pending Mediation, and for good cause show, it is this ___ day of March, 2008, hereby

**ORDERED** that the Motion to Stay Proceedings Pending Mediation be, and hereby is, **GRANTED**; and

**ORDERED** that all proceedings in this action are stayed pending conclusion of mediation.

_____
Judge Ricardo M. Urbina

LDR/220005.1