UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 26 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gary Christian,
    Plaintiff,

v.      Civ. Action No. 07-1607 (RMU)

Philip Mangano,
    Defendant.

### NOTICE OF ACKNOWLEDGMENT OF APPOINTMENT OF COUNSEL FOR THE LIMITED PURPOSE OF MEDIATION

I have received and reviewed the Court's Order of Appointment of Counsel for the Limited Purpose of Mediation, including the Guidelines for Court-Appointed Mediation Counsel attached to that Order. I understand that counsel is being appointed for the limited purpose of assisting me with the mediation process, and that I must continue to represent myself in this case with respect to matters other than mediation.

Respectfully submitted,

_[signature]_
Signature *of* pro se *party*

Gary Christian
Name *of* pro se *party (printed)*

400 Walnut Grove
Address

Washington, WV 26181
City     State     Zip

304-863-8333
Telephone

Dated: 03/24/08