UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY CHRISTIAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-01607 (RMU) |
| | ) |
| PHILIP MANGANO, | ) |
| Executive Director, | ) |
| U.S. Interagency on Homelessness, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to the Court's Order dated March 19, 2008 and Plaintiff's Notice of Acknowledgment of Appointment of Counsel for the Limited Purpose of Mediation dated March 24, 2008, the undersigned hereby enters her appearance for the limited purpose of representing Plaintiff Gary Christian in mediation proceedings to be conducted in the above-captioned case.

Respectfully submitted,

ARENT FOX LLP

Dated: May 14, 2008       By:     _/s/ Emily Thorne_____
Emily Thorne, D.C. Bar No. 496500
1050 Connecticut Ave, N.W.
Washington, D.C. 20036-5339
Telephone:  (202) 775-5745
Facsimile:  (202) 857-6395
Email:  thorne.emily@arentfox.com

*Counsel for Plaintiff in Mediation Proceedings*